29154. AVARY *v.* AVARY, executor.

SUTTON, J. The only assignment of error in the bill of exceptions is on the judgment of the trial court sustaining the demurrers to the answer of the defendant, as amended. There being no assignment of error on any final judgment in the case, under repeated rulings of this court and the Supreme Court the writ of error is prematurely brought, and must, on motion made by the defendant in error, be

*Dismissed. Felton and Gardner, JJ., concur.*

DECIDED SEPTEMBER 22, 1941.

*William F. Buchanan,* for plaintiff in error.
*Robert Lee Avary Jr.,* contra.